**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARGILL MEAT SOLUTIONS ) <br> CORPORATION dba CARGILL BEEF ) <br> PACKERS, INC., and DOES 1 ) <br> through 100, inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:09-cv-1155 OWW SMS <br><br> ORDER CONTINUING SCHEDULING CONFERENCE <br><br> Further Scheduling Conference: 1/29/10 8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

   October 28, 2009.

II.   Appearances Of Counsel.

   Kenneth E. Clark, Esq., appeared on behalf of Plaintiff.

   McGuire Woods, LLP by Matthew C. Kane, Esq., specially appeared on behalf of Defendant Cargill Meat Solutions Corporation dba Cargill Beef Packers, Inc.

III.   Status of Case.

   1.   The parties have reported that there are issues respecting the propriety of service with regard to the Defendant. Plaintiff shall complete service of process either through re-

1

serving, or by waiver through communication with Defendant.

    2.    The parties intend to pursue resolution of the case.

    3.    Because the case is not at issue, and in the interests of giving the parties time to explore resolution of the case, the Scheduling Conference is continued to January 29, 2010, at 8:15 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:   October 28, 2009          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE