# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SMITH, | 1:09-cv-1155 OWW SMS |
| Plaintiff, | ORDER AFTER SCHEDULING CONFERENCE |
| v. | Motion to Withdraw as Counsel Filing Deadline: 2/1/10 |
| CARGILL MEAT SOLUTIONS CORPORATION dba CARGILL BEEF PACKERS, INC., and DOES 1 through 100, inclusive, | |
| | Motion to Withdraw As Counsel Hearing Date: 3/15/10 10:00 Ctrm. 3 |
| Defendants. | |
| | New Counsel Appearance Date: 3/15/10 |

I.   Date of Scheduling Conference.

   January 29, 2010.

II.  Appearances Of Counsel.

   Law Offices of Kenneth E. Clark by Kenneth E. Clark, Esq., appeared on behalf of Plaintiff.

   McGuire Woods LLP by Sabrina A. Beldner, Esq., appeared on behalf of Defendants.

III. Attorney Conflict in Representation of Plaintiff.

   1.   Plaintiff's counsel has notified the Court that a conflict exists which will prevent future representation of the

1

Plaintiff.  Plaintiff is discussing engaging new counsel to represent him in this action.

  2. Mr. Clark will file the Motion to Withdraw as Counsel of Record on or before February 1, 2010.  That motion will be set for hearing on March 15, 2010 at 10:00 a.m. in Courtroom 3.

  3. Maurice Smith, Plaintiff, shall have thirty (30) days, through and including March 1, 2010 to engage new counsel of record who shall enter their appearance as counsel for Mr. Smith in this action on or before March 15, 2010.

IT IS SO ORDERED.

Dated:   February 1, 2010     /s/ Oliver W. Wanger
               UNITED STATES DISTRICT JUDGE