Kenneth Clark (SBN: 85194)
David Romley (SBN: 82713)
James Li (SBN: 176662)
3245 S. Hughes Avenue
Fresno, California 93706
(559) 579-4447
Fax: (559) 276-2210

Attorneys for Plaintiff MAURICE SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SMITH,<br><br>         Plaintiff,<br><br>    v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION dba CARGILL BEEF PACKERS, INC., and DOES 1 through 100, inclusive,<br><br>_<br>_<br>_____ | CASE NO. 1:09-CV-01155-OWW-SMS<br><br>[Fresno County Superior Court Case No. 08CECG02298DSB]<br><br>ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF MAURICE SMITH<br><br>Date: 3/15/2010<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge Oliver W. Wanger |

After due consideration of all of the relevant pleadings, papers and records in

1

Smith v. Cargill, etc.                                                            1:09-CV-01155-OWW-SM

ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF MAURICE SMITH

PDF created with pdfFactory trial version www.pdffactory.com

this action; and upon such oral and documentary evidence or argument as was presented to the Court with respect to the Motion filed by Plaintiff's counsel of record, Kenneth E. Clark, James Li, and David Romley, for an Order allowing said counsel to withdraw from this action as counsel of record for MAURICE SMITH [Docket, Document 14], and in their place and stead, substituting MAURICE SMITH in as his own counsel of record, in propia persona, the Court hereby finds that:

Good cause exists for granting the motion to withdraw.    Accordingly,

IT IS HEREBY ORDERED that:

1.  The Motion to Withdraw as Attorney of Record for Plaintiff MAURICE SMITH is granted;

2.  Attorneys Kenneth E. Clark, James Li, and David Romley, are hereby relieved as counsel of record for Plaintiff and no longer represent Plaintiff as counsel of record in this action;

3.  Plaintiff MAURICE SMITH is ordered to secure new counsel to represent him in this action, and that new counsel shall file his appearance with this Court by May 15, 2010;

2

Smith v. Cargill, etc.                                                            1:09-CV-01155-OWW-SM

ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF MAURICE SMITH

PDF created with pdfFactory trial version www.pdffactory.com

4. A copy of this Order shall be served on Plaintiff MAURICE SMITH by his former counsel, Kenneth E. Clark, at his home address, and on all other counsel of record in this action.

IT IS SO ORDERED.

DATED: May 5, 2010

<u>/s/ OLIVER W. WANGER</u>
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com