**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE SMITH, | 1:09-cv-1155 OWW SMS |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | Hearing Date: 8/15/11 10:00 Ctrm. 3 |
| CARGILL MEAT SOLUTIONS CORPORATION dba CARGILL BEEF PACKERS, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

I.   Date of Scheduling Conference.

July 7, 2011.

II.   Appearances Of Counsel.

McGuire Woods LLP by Sabrina A. Beldner, Esq., appeared on behalf of Defendants. Plaintiff did not appear.

III.   Order to Show Cause.

1.   The attorney for Plaintiff withdrew as counsel of record pursuant to Court Order on May 6, 2010.  Defendant's counsel contacted Plaintiff respecting the filing of a Joint Scheduling Statement.  Plaintiff appeared to be unaware he was no longer represented by counsel.  Plaintiff has not participated in

1

1 | the process of preparing a Joint Scheduling Statement.
2 |     2.    There has been no activity in this case for over one year.
3 |     3.    Plaintiff is ordered to show cause, if any he has, why this action should not be dismissed for lack of prosecution. Plaintiff's response to the Order to Show Cause shall be filed in writing on or before August 4, 2012.  Any reply shall be filed by August 11, 2012.  The Order to Show Cause shall be heard August 15, 2011, at 10:00 a.m. in Courtroom 3 of the above-captioned Court located at 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Dated:   July 7, 2011                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE