UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SMITH, | CASE NO. 1:09-cv-01155-SMS |
| Plaintiff, | ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| CARGILL MEAT SOLUTIONS CORPORATION dba CARGILL BEEF PACKERS, INC., | ORDER DIRECTING CLERK TO SERVE PRO SE PLAINTIFF |
| Defendant. / | |

On August 29, 2011, this Court directed Plaintiff to retain an attorney on or before September 30, 2011. Plaintiff was advised that if no attorney had entered an appearance by September 30, 2011, the case would be dismissed. Plaintiff having failed to comply with the provisions of the Court's order, this case is HEREBY DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   October 11, 2011              /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

1